1  FIGARI LAW
   BARBARA E. FIGARI SBN 251942
2  407 San Anselmo Avenue, Suite 203
   San Anselmo, CA 94960
3  T. 415.235.2100
   F. 415.963.4301
4  Email: Barbara@figarilaw.com

5  LAW OFFICES OF LAWRENCE A. ORGAN
   LAWRENCE A. ORGAN SBN 175503
6  COLLIN R. MOORE SBN 271143
   407 San Anselmo Avenue, Suite 201
7  San Anselmo, CA 94960
   T. 415.453.4740
8  F. 415.453.4777
   Email: Larryaorgan@gmail.com

9
   Attorneys for PLAINTIFF LESLIE MILLER
10
                    **UNITED STATES DISTRICT COURT**
11
                    **NORTHERN DISTRICT OF CALIFORNIA**
12

13 | LESLIE MILLER,                                  | CASE NO:   3:11-CV-00378-WHA |
14 |                                                 |                              |
   |                     Plaintiff,                  | **PLAINTIFF LESLIE MILLER'S NOTICE** |
15 |                                                 | **OF MOTION AND MOTION TO REMAND** |
   |         vs.                                     | **AND REQUEST FOR ATTORNEY'S FEES** |
16 |                                                 | **IN THE AMOUNT OF $1072.50** |
17 | BIMBO BAKERIES USA, INC., MARK                  |                              |
   | MCSWEENE, an Individual, TIM MUCK, an           | Judge:  The Hon. William H. Alsup |
18 | Individual, and DOES 1 through 100,             | Hearing Date:  April 7, 2011 |
   | inclusive,                                      | Hearing Time:  2:00 p.m. |
19 |                                                 |                              |
20 |                     Defendants.                 |                              |

21

22

23

24

25

26

27

28

PLAINTIFF LESLIE MILLER'S NOTICE OF MOTION ANO MOTION TO REMAND

1    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2        PLEASE TAKE NOTICE that on **April 7, 2011 at 2:00 p.m..,** or as soon thereafter as

3   the matter may be heard in Courtroom 9 of the above-entitled Court, located at 450 Golden Gate

4   Avenue, San Francisco, CA 94012, Plaintiff Leslie Miller will and hereby does move this Court,

5   pursuant to 28 U.S.C. § 1447, to remand this action to the Superior Court of the State of

6   California, in and for the County of Marin.

7        This Motion is based on the grounds that Plaintiff's state law claims for harassment,

8   discrimination and retaliation in violation of California' Fair Employment and Housing Act

9   (FEHA) do not require interpretation of any collective bargaining agreement, and thus, this Court

10   lacks subject matter jurisdiction over this action, pursuant to 28 U.S.C. § 1441, as interpreted by

11   the United States Supreme Court and the Ninth Circuit. (*See Lingle v. Norge Division of Magic*

12   *Chef, Inc.*, 486 U.S. 399, 413 (1988) and *Cramer v. Consolidated Freightways, Inc.*, 255 F.3d

13   683, 690 (2001)).

14        Plaintiff also respectfully requests that the Court award reasonable attorney's fees in the

15   amount of $1,072.50 which were necessary to prepare the instant papers.

16        This Motion is based on this Notice of Motion, the Memorandum of Points and

17   Authorities set forth below, the attached Declaration of Barbara Figari, all other supplemental

18   and Reply papers that may be filed in connection with this Motion, the complete Court record in

19   this action and any oral argument presented by counsel.

20

21   Dated:  February 25, 2011            Respectfully Submitted,

22                                   LAW OFFICES OF LAWRENCE A. ORGAN

23                                   FIGARI LAW

24                                   /s/ Barbara Figari
                                  LAWRENCE A. ORGAN, ESQ.

25                                   BARBARA E. FIGARI, ESQ.

26

27                                   Attorneys for Plaintiff LESLIE MILLER

28

PLAINTIFF LESLIE MILLER'S NOTICE OF MOTION ANO MOTION TO REMAND